

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

THE CITY OF NEW YORK,

                    Plaintiff,

-against-

UNITED STATES DEPARTMENT OF JUSTICE, JOHN
BRENNAN, JAMES G. AHEARN, SCOTT SPRING, and
DENNIS MORTENSEN,

                    Defendants.

---------------------------------------------------------------- x

**STIPULATION OF DISCONTINUANCE**

05 Civ. 4202 (FJB)

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned attorneys for the respective parties hereto that the above-captioned action is dismissed without prejudice and without costs to any party.

Dated: New York, New York
November 2, 2005
December

**MICHAEL A. CARDOZO**
Corporation Counsel of the
City of New York
Attorney for Plaintiff
100 Church Street, Room 2-186
New York, New York 10007
(212) 788-0954

By: _____
Lawrence J. Profeta (LP-5674)
Assistant Corporation Counsel

**ROSLYNN R. MAUSKOPF**
United States Attorney
Eastern District of New York
One Pierrepont Plaza, 14th Floor
Brooklyn, New York 11201-2776

By: _____
Elizabeth Shapiro
United States Department of
Justice, Civil Division
(202) 514-5302

**BROWN RAYSMAN MILLSTEIN FELDER & STEINER LLP**
Attorneys for Defendants
John Brennan, James G. Ahearn,
Scott Spring, and Dennis Mortensen,
900 Third Avenue
New York, New York 10022
(212) 895-2000

By: _____
Rafael J. Droz (RD-0684)

SO ORDERED:

_____
U.S.D.J.  12/6/05